```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:12-cr-00187-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: August 6, 2012 |
| ) | TIME: 9:00 a.m. |
| MANOLO REYES and ) | COURT: Hon. William B. Shubb |
| MARIO ABEL RAYA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Clemente Jimenez, counsel for defendant Mario Abel RAYA; and Douglas Beevers, counsel for defendant Manolo Reyes, that the above status conference be rescheduled from this Court's August 6, 2012, calendar, and that the matter be re-calendared for September 10, 2012, at 9:30 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties stipulate that the ends of justice served by granting the parties' request outweigh the best interest of the public and defendants in a

speedy trial.

IT IS FURTHER STIPULATED that time should be excluded through September 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: August 3, 2012          /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: August 3, 2012          /s/ Douglas Beevers
                               Douglas Beevers
                               Counsel for Defendant
                               MANOLO REYES

Dated: August 3, 2012          /s/ Clemente Jimenez
                               Clemente Jimenez
                               Counsel for Defendant
                               MARIO ABEL RAYA

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: August 3, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE