1 DANIEL J. BRODERICK, #89424
Federal Defender
2 DOUGLAS J. BEEVERS, USVI #766
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANOLO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 2:12-cr-00187 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) Date: January 14, 2013 |
| MANOLO REYES and | ) Time: 9:30 a.m. |
| MARIO ABEL RAYA, | ) Judge: Hon. William B. Shubb |
| Defendants. | ) |

The parties request that the status conference in this case be continued from November 5, 2012, to January 14, 2013 at 9:30 a.m. They stipulate that the time between November 5, 2012 and January 14, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to consult with an expert and examine the contraband. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  November 2, 2012                    Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender

                                            */s/ Douglas Beevers*
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MANOLO REYES

Dated: November 2, 2012                     */s/ Clemente Jimenez*
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            MARIO ABEL RAYA

Dated: November 2, 2012                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Paul Hemesath*
                                            PAUL HEMESATH
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 5, 2012, be continued to January 14, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 14, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:  November 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE