CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RAYA, et al.,<br><br>Defendants. | Case No.: CR. S-12-187 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 29, 2013<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes, that the status conference scheduled for April 29, 2013, at 9:30 a.m., before Judge Shubb, be vacated and the matter continued to this Court's criminal calendar on May 16, 2013, at 9:30 a.m. for further status conference.

This case was recently reassigned from Judge Shubb to Judge Nunley.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

1

2  DATED:      April 24, 2013         /S/      Paul Hemesath_____
3                                     PAUL HEMESATH
                                      Attorney for Plaintiff
4
5                                     /S/      Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
6                                     Attorney for MARIO RAYA
7
                                      /S/      Douglas Beevers_____
8                                     DOUGLAS BEEVERS
                                      Attorney for MANOLO REYES
9
10
11
12                              **ORDER**
13
IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
14
for April 29, at 9:30 a.m., before Judge Shubb, be vacated and the matter continued to
15
May 16, 2013, at 9:30 a.m. before this court for further status conference.  The Court
16
finds that time under the Speedy Trial Act shall be excluded through that date in order to
17
afford counsel reasonable time to prepare.  Based on the parties' representations, the
18
Court finds that the ends of justice served by granting a continuance outweigh the best
19
interests of the public and the defendants to a speedy trial.
20
21  This 29th day of April, 2013
22
23
24
25                                     _____
                                            Troy L. Nunley
26                                     United States District Judge
27
28

12cr187 Raya - Stip to Cont                    - 2 -
04/29/13