CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARIO RAYA, et al.,<br><br>            Defendants. | Case No.: 2:12-cr-187 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 6, 2013<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |
|---|---|

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant MANOLO REYES, that the status conference scheduled for June 6, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on June 20, 2013, at 9:30 a.m. for further status conference.  The parties are actively attempting to arrive at resolution and require additional time to address a number of issues.  Defense on behalf of Mr. Raya shall file a separate proposed stipulation requesting the court order US Probation to prepare a criminal history calculation to assist the parties in arriving at a disposition.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:	May 30, 2013		/S/	Paul Hemesath_____
					PAUL HEMESATH
					Attorney for Plaintiff

					/S/	Clemente M. Jiménez_____
					CLEMENTE M. JIMÉNEZ
					Attorney for MARIO RAYA

					/S/	Douglas Beevers_____
					DOUGLAS BEEVERS
					Attorney for MANOLO REYES

## ORDER

T IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 6, 2013, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on June 20, 2013, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 4th day of June, 2013

_____
Troy L. Nunley
United States District Judge