CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIO RAYA, et al.,<br><br>  Defendants. | Case No.: 2:12-cr-187 TLN<br><br>STIPULATION AND ORDER FOR PREPARATION OF PRE-PLEA PROBATION REPORT<br><br>DATE:  June 6, 2013<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and the parties mutually request, that the Court order a pre-plea report *calculating the criminal history only* as to Defendant MARIO RAYA in above-entitled matter, presently scheduled for further status conference on June 6, 2013. The parties request that the court set June 19, 2013, as the deadline for completion of the pre-plea report.

//
//
//
//
//

- 1 -

DATED: May 30, 2013    /S/    Paul Hemesath_____
                                PAUL HEMESATH
                                Attorney for Plaintiff


                       /S/    Clemente M. Jiménez_____
                                CLEMENTE M. JIMÉNEZ
                                Attorney for MARIO RAYA


## ORDER

IT IS SO ORDERED, that the United States Probation Department prepare a pre-plea presentence report *calculating criminal history only* as to Defendant Mario Raya, to be completed by June 19, 2013.

This 4th day of June, 2013

                              _____
                              Troy L. Nunley
                              United States District Judge