CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:12-cr-187-TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| MARIO RAYA, et al., | DATE:   October 17, 2013 |
| Defendants. | TIME:    9:30 a.m. |
| | JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes, that the status conference scheduled for October 17, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 14, 2013, at 9:30 a.m. for further status conference.  The parties are actively attempting to arrive at resolution and require additional time to address a number of issues and confer with their respective clients.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

- 1 -

allowing the defendants further time to prepare outweigh the best interests of the public

and the defendant to a speedy trial.


DATED:       October 15, 2013          /S/     Paul Hemesath_____
                                       PAUL HEMESATH
                                       Attorney for Plaintiff

                                       /S/     Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for MARIO RAYA

                                       /S/     Douglas Beevers_____
                                       DOUGLAS BEEVERS
                                       Attorney for MANOLO REYES




**ORDER**

       IT IS SO ORDERED, that the status conference in the above-entitled matter,

scheduled for October 17, 2013, at 9:30 a.m., be vacated and the matter continued to this

court's criminal calendar on November 14, 2013, at 9:30 a.m. for further status

conference.  The Court finds that time under the Speedy Trial Act shall be excluded

through that date in order to afford counsel reasonable time to prepare.  Based on the

parties' representations, the Court finds that the ends of justice served by granting a

continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 17th day of October, 2013



                                       _____
                                       Troy L. Nunley
                                       United States District Judge