1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    MANOLO REYES
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 2:12-CR-00187 TLN
                                     )
12                  Plaintiff,       )   STIPULATION AND ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13  v.                               )
                                     )   DATE:   January 9, 2014
14  MANOLO REYES and                 )   TIME:   9:30 AM
    MARIA ABEL RAYA,                 )   JUDGE: Hon. Troy L. Nunley
15                                   )
                    Defendant.       )
16  _____

17          The parties request that the status conference in this case be continued from Thursday,

18  December 12, 2013, to Thursday, January 9, 2014 at 9:30 a.m.  They stipulate that the time

19  between December 12, 2013 and January 9, 2014 should be excluded from the calculation of

20  time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the

21  Court excluding such time, so that counsel for the defendant may have reasonable time necessary

22  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

23  §3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to

24  investigate the facts of the case, to consult with an expert, and examine the contraband. The

25  parties stipulate and agree that the interests of justice served by granting this continuance

26  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

27  3161(h)(7)(B)(iv) and Local Code T-4.

28

*U.S. v. Manolo, et al.*                    -1-
Stipulation and Order

1    Dated: December 10, 2013                      Respectfully submitted,
                                                   HEATHER E. WILLIAMS
2                                                  Federal Defender

3                                                  /s/ Douglas Beevers
                                                   DOUGLAS BEEVERS
4                                                  Assistant Federal Defender
                                                   Attorney for Defendant
5                                                  MANOLO REYES

6

7    Dated: December 10, 2013                      /s/ Clemente Jimenez
                                                   CLEMENTE JIMENEZ
8                                                  Attorney for Defendant
                                                   MARIO ABEL RAYA

9

10   Dated: December 10, 2013                      BENJAMIN B. WAGNER
                                                   United States Attorney
11
                                                   /s/ Paul Hemesath
12                                                 PAUL HEMESATH
                                                   Assistant United States Attorney
13                                                 Attorney for Plaintiff

14
                                   **<u>ORDER</u>**
15
            UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
16
     status conference presently set for December 12, 2013, be continued to January 9, 2014, at 9:30
17
     a.m. Based on the representation of counsel and good cause appearing therefrom, the Court
18
     hereby finds that the ends of justice to be served by granting a continuance outweigh the best
19
     interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of
20
     this Order, to and including, the January 9, 2014, status conference shall be excluded from
21
     computation of time within which the trial of this matter must be commenced under the Speedy
22
     Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
23
     IT IS SO ORDERED.
24

25   Dated: December 11, 2013

26

27

28                                                 Troy L. Nunley
                                                   United States District Judge

*U.S. v. Manolo, et al.*                    -2-
Stipulation and Order