1    CLEMENTE M. JIMÉNEZ, SBN 207136
2    428 J Street, Suite 355
     Sacramento, CA 95814
3    (916) 443-8055

4    Attorney for Defendant
5    MARIO RAYA

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,            Case No.: 2:12-cr-187 TLN
10
              Plaintiff,                  STIPULATION AND ORDER
11                                        VACATING DATE, CONTINUING
                                          CASE, AND EXCLUDING TIME
12        v.

13                                        DATE:   January 9, 2014
     MARIO RAYA, et al.,                  TIME:   9:30 a.m.
14                                        JUDGE:  Hon. Troy L. Nunley
              Defendants.
15

16

17        IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18   Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for

19   Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes,

20   that the status conference scheduled for January 9, 2014, at 9:30 a.m., be vacated and the

21   matter continued to this Court's criminal calendar on February 13, 2014, at 9:30 a.m. for

22   further status conference and anticipated change of plea.  The defendants have received

23   plea agreements, but require additional time to investigate various background

24   information that is in dispute prior to change of plea.

25        IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

26   U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

27   (Local code T-4), and that the ends of justice served in granting the continuance and

28

1  allowing the defendants further time to prepare outweigh the best interests of the public

2  and the defendant to a speedy trial.

3

4  DATED:       January 7, 2014          /S/     Paul Hemesath_____
                                         PAUL HEMESATH
5                                        Attorney for Plaintiff

6
                                         /S/     Clemente M. Jiménez_____
7                                        CLEMENTE M. JIMÉNEZ
8                                        Attorney for MARIO RAYA

9                                        /S/     Douglas Beevers_____
10                                       DOUGLAS BEEVERS
                                         Attorney for MANOLO REYES
11

12

13

14                                      **ORDER**

15  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

16  for January 9, 2014, at 9:30 a.m., be vacated and the matter continued to this court's

17  criminal calendar on February 13, 2014, at 9:30 a.m. for further status conference.  The

18  Court finds that time under the Speedy Trial Act shall be excluded through that date in

19  order to afford counsel reasonable time to prepare.  Based on the parties' representations,

20  the Court finds that the ends of justice served by granting a continuance outweigh the

21  best interests of the public and the defendants to a speedy trial.

22

23  This 8th day of January, 2014

24

25

26

27                                       _____
                                         Troy L. Nunley
28                                       United States District Judge