1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  MARIO RAYA

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           Case No.:  2:12-cr-187 TLN

10         Plaintiff,                  STIPULATION AND ORDER
                                        VACATING DATE, CONTINUING
11                                      CASE, AND EXCLUDING TIME
12     v.

13  MARIO RAYA, et al.,                DATE:   March 20, 2014
                                        TIME:   9:30 a.m.
14                                      JUDGE:  Hon. Troy L. Nunley
15         Defendants.

16

17     IT IS HEREBY STIPULATED by and between Assistant United States Attorney
18  Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for
19  Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes,
20  that the status conference scheduled for March 20, 2014, at 9:30 a.m., be vacated and the
21  matter continued to this Court's criminal calendar on April 3, 2014, at 9:30 a.m. for
22  further status conference and anticipated change of plea.  The defendants anticipate
23  receiving revised plea agreements shortly, and will require time to conduct further
24  investigation and review said plea agreements with their respective clients.
25     IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
26  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
27  (Local code T-4), and that the ends of justice served in granting the continuance and
28

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   March 18, 2014        /S/    Paul Hemesath_____
                               PAUL HEMESATH
                               Attorney for Plaintiff

                               /S/    Clemente M. Jiménez_____
                               CLEMENTE M. JIMÉNEZ
                               Attorney for MARIO RAYA

                               /S/    Douglas Beevers_____
                               DOUGLAS BEEVERS
                               Attorney for MANOLO REYES

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 20, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on April 3, 2014, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 18th day of March, 2014

_____
Troy L. Nunley
United States District Judge