| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
|   | MANOLO REYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00187 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE AND |
| v. | ) | CHANGE OF PLEA |
| | ) | |
| MANOLO REYES and | ) | DATE: June 5, 2014 |
| MARIA ABEL RAYA, | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, DOUGLAS BEEVERS, attorney for defendant MANOLO REYES, and CLEMENTE JIMENEZ, attorney for defendant MARIA ABEL RAYA, that the status conference hearing date of May 29, 2014 be vacated, and the matter be set for status conference and change of plea on June 5, 2014 at 9:30 a.m.

The reason for this continuance is that counsel for defendant MARIA ABEL RAYA has a medical appointment on this date and counsel for MANOLO REYES requires additional time to discuss the plea offer with his client.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 5, 2014

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 28, 2014

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MANOLO REYES

Dated: May 28, 2014

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
MARIO ABEL RAYA

Dated: May 28, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference and change of plea presently set for May 29, 2014, be continued to June 5, 2014, at 9:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including June 5, 2014, the status conference and change of plea shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: May 30, 2014

Troy L. Nunley
United States District Judge