1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  MARIO RAYA

6               IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No.: 2:12-cr-187 TLN
10
           Plaintiff,                     STIPULATION AND ORDER
11                                        VACATING DATE, CONTINUING
12      v.                                CASE, AND EXCLUDING TIME

13 MARIO RAYA,                            DATE:  June 5, 2014
                                          TIME:  9:30 a.m.
14                                        JUDGE: Hon. Troy L. Nunley
15         Defendant.

16

17     IT IS HEREBY STIPULATED by and between Assistant United States Attorney
18 Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for
19 Defendant MARIO RAYA, that the status conference scheduled for June 5, 2014, at 9:30
20 a.m., be vacated *as to Defendant Raya only*, and the matter continued to this Court's
21 criminal calendar on June 19, 2014, at 9:30 a.m. for further status conference and
22 anticipated change of plea. Counsel for Mr. Raya will be unavailable for the presently
23 scheduled status conference due to an immigration hearing in San Francisco the same
24 morning. Further, counsel will need to confer with Mr. Raya prior to his next court
25 appearance.
26     IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
27 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
28 (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    June 3, 2014              /S/    Paul Hemesath_____
                                    PAUL HEMESATH
                                    Attorney for Plaintiff

                                    /S/    Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for MARIO RAYA

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 5, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on June 19, 2014, at 9:30 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 5th day of June, 2014

_____
Troy L. Nunley
United States District Judge