1  CLEMENTE M. JIMÉNEZ, SBN 207136
   428 J Street, Suite 355
2  Sacramento, CA 95814
3  (916) 443-8055

4
   Attorney for Defendant
5  MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-187 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| MARIO RAYA, | DATE:  June 19, 2014 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, that the status conference scheduled for June 19, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on July 3, 2014, at 9:30 a.m. for further status conference and anticipated change of plea. Counsel have been actively attempting to resolve the present matter.  Further, defense counsel must confer with Mr. Raya prior to moving forward with a change of plea.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: June 17, 2014

/S/    Paul Hemesath  
PAUL HEMESATH  
Attorney for Plaintiff

/S/    Clemente M. Jiménez  
CLEMENTE M. JIMÉNEZ  
Attorney for MARIO RAYA

### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 19, 2014, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on July 3, 2014, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 19th day of June, 2014

Troy L. Nunley  
United States District Judge