1   CLEMENTE M. JIMÉNEZ, SBN 207136
    431 I Street, Suite 102
2   Sacramento, CA 95814
3   (916) 443-8055

4   Attorney for Defendant
5   MARIO RAYA

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              Case No.: 2:12-cr-187 TLN

10                                         STIPULATION AND ORDER
              Plaintiff,                   VACATING DATE, CONTINUING
11                                         CASE, AND EXCLUDING TIME
12      v.

13  MARIO RAYA,                            DATE:   September 25, 2014
                                           TIME:   9:30 a.m.
14                                         JUDGE:  Hon. Troy L. Nunley
15            Defendant.

16

17          IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18  Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for

19  Defendant MARIO RAYA, that the sentencing hearing scheduled for September 25,

20  2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar

21  on October 30, 2014, at 9:30 a.m. for judgment and sentencing.  After further review of

22  the pre-sentence report, defense counsel anticipates filing objections and a sentencing

23  memorandum.  Consequently, after consulting with US Probation, the parties propose the

24  following briefing schedule:

25  Objections due:  10/2/14

26  Final PSR due:  10/9/14

27  Motion for Correction:  10/16/14

28

    12cr187 Raya - Stip to Cont 9.25                    - 1 -
    09/24/14

1  Reply, or Non-Opposition:  10/23/14

2  Judgment and Sentencing:  10/30/14

3

4

5  DATED:      September 23, 2014         /S/     Paul Hemesath_____

6                                         PAUL HEMESATH
                                          Attorney for Plaintiff

7

8                                         /S/     Clemente M. Jiménez_____

9                                         CLEMENTE M. JIMÉNEZ
                                          Attorney for MARIO RAYA

10

11

12                                **ORDER**

13
   IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled
14
   for September 25, 2014, at 9:30 a.m., be vacated and the matter continued to October 30,
15
   2014, at 9:30 a.m. for judgment and sentencing.
16

17  This 24th day of September, 2014

18

19

20

21                          _____

22                          Troy L. Nunley
                            United States District Judge
23

24

25

26

27

28

12cr187 Raya - Stip to Cont 9.25            - 2 -
09/24/14