UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RAYA, et al,<br><br>Defendant. | No. 2:12-cr-00187-TLN<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR DOCKET SHEET AND TRANSCRIPT REQUEST** |

Defendant Mario Raya filed a motion with this Court, pro se, requesting the following copies of two documents: the docket sheet for his case and the sentencing transcript. (ECF No. 118.) Defendant also sent payment of $5.50 to the Court. (ECF No. 118.)

Defendant may have access, free of cost, to the docket sheet and the judgment and commitment (ECF No. 102), which is already available on the docket of this case. The transcript of the sentencing hearing would have to be generated by the Court Reporter and would cost $73.00, consisting of $3.65 per page for 20 pages. That cost is $67.50 more than the Defendant sent to the Court. The Court finds that Defendant has not provided sufficient funds to purchase a copy nor sufficient information to support a request for a free copy.

The United States Supreme Court has instructed that courts may provide a transcript to an indigent defendant free of cost after assessing "(1) the value of the transcript to the defendant in connection with the appeal or trial for which it is sought, and (2) the availability of alternative

1

devices that would fulfill the same functions as a transcript." *Britt v. N. Carolina*, 404 U.S. 226, 227 (1971); *Kennedy v. Lockyer*, 379 F.3d 1041, 1046 (9th Cir. 2004). Defendant has not provided information as to why he has requested a copy of this transcript. Further, Defendant has no appeal or trial pending that might require use of this transcript. Therefore, the Court cannot find grounds to provide Defendant with a free copy of the aforementioned transcript. The Court denies Defendant's motion, but will reconsider the request upon Defendant's submission of either a properly supported motion for a copy free of cost or payment of an additional $67.50 to purchase a copy.

Accordingly, IT IS HEREBY ORDERED that:

1) Defendant's motion is GRANTED with respect to his request for a copy of the docket sheet for his case.

2) Defendant's motion is DENIED with respect to his request for a transcript of his November 20, 2014, sentencing hearing.

The Court hereby **ORDERS** the Clerk's Office to deliver to Defendant a copy of the docket sheet and the judgment and commitment (ECF No. 102) found on docket number 2:12-cr-00187-TLN.

Dated: April 18, 2017

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge